

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
(302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

www.cblh.com

Collins J. Seitz, Jr.
TEL      (302) 888-6278
FAX     (302) 255-4278
EMAIL   cseitz@cblh.com
REPLY TO   Wilmington Office

May 13, 2005

**By Hand Delivery**

Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

Re:   In re: NorthWestern Corporation
      Bankruptcy Case No. 03-12872

      Magten Asset Management Corporation v. Hastings, et al
      C.A. No. 04-1279

      Magten Asset Management Corporation v. NorthWestern Corp.
      C.A. No. 04-1508

      Magten Asset Management Corporation v. Northwestern Corp., et al.
      C.A. No. 04-1389

      Magten Asset Management Corp., et al. v. NorthWestern Corp., et al.
      C.A. No. 05-209

Dear Judge Farnan:

Despite the efforts of counsel and their clients, the mediation of the captioned appeals held on May 12, 2005 was unsuccessful in bringing about a resolution of any appeal. Therefore the Court should place these appeals back on the active docket.

Respectfully,

*Collins Seitz Jr.*

Collins J. Seitz, Jr.

CJS,Jr./saj

cc: Clerk, U.S. District Court (by hand delivery)
    Monica Mosley, Secretary to Clerk of Court (by hand delivery)
    Scott D. Cousins, Esquire
    William E. Chipman, Jr., Esquire
    David L. Finger, Esquire
    Kathleen M. Miller, Esquire
    Mark S. Kenney, U.S. Trustee
    Neil Glassman, Esquire
    Elio Battista, Jr., Esquire
    Mark J. Packel, Esquire
    Ian Connor Bifferato, Esquire
    Adam Landis, Esquire
    Paul D. Malek, Esquire
    (all by first class mail)