IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | Chapter 11 |
| NORTHWESTERN CORPORATION, : | |
| : | Bankruptcy No. 03-12872(CGC) |
| Debtor. : | |
| : | |
| MAGTEN ASSET MANAGEMENT CORP., : | |
| : | |
| Appellant, : | |
| : | |
| v. : | Civil Action No. 04-1508-JJF |
| : | |
| NORTHWESTERN CORP., : | |
| : | |
| Appellee. : | |

### O R D E R

WHEREAS, the above-captioned Bankruptcy Appeal was referred to mediation on January 11, 2005;

WHEREAS, by letter, the Court has been notified that the appeal was not resolved through mediation (D.I. 22);

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall adhere to the following briefing schedule unless an otherwise agreed upon schedule is filed within fifteen (15) days of the date of this Order:

Appellants Opening Brief on appeal shall be filed within **fifteen (15) days** of the date of this Order.

Answering Brief on appeal shall be filed withing **fifteen (15) days** of receipt of opening brief.

Reply Brief on appeal shall be filed within **ten (10)**

days of receipt of answering brief.

May 23, 2005
DATE

*[signature]*
UNITED STATES DISTRICT JUDGE