**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Collins J. Seitz, Jr.
TEL      (302) 888-6278
FAX      (302) 255-4278
EMAIL    cseitz@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

May 25, 2005

**By Hand Delivery**

Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

RECEIVED
MAY 2 6 2005

Re:   In re: NorthWestern Corporation
      Bankruptcy Case No. 03-12872

      Magten Asset Management Corporation v. Hastings, et al
      C.A. No. 04-1279

      Magten Asset Management Corporation v. NorthWestern Corp.
      C.A. No. 04-1508

      Magten Asset Management Corporation v. Northwestern Corp., et al.
      C.A. No. 04-1389

Dear Judge Farnan:

Following the conclusion of unsuccessful mediation efforts on my part, one of the mediating parties called to my attention that my firm had represented another of the mediating parties in a closed matter in the underlying bankruptcy case. The closed matter was unrelated to the issues subject to mediation. Our conflict check disclosed a closed matter, but it was not until it was just brought to my attention did I learn that the closed matter involved one of the parties in the mediation.

I have been asked by one of the mediating parties to bring this issue to the Court's attention in the event that any of the parties believe that mediation should continue without my involvement. If the Court has further questions about this issue, I will respond immediately.

Respectfully,

Collins J. Seitz, Jr.

CJS,Jr./saj

cc: Clerk, U.S. District Court (by hand delivery)
    Scott D. Cousins, Esquire
    William E. Chipman, Jr., Esquire
    David L. Finger, Esquire
    Kathleen M. Miller, Esquire
    Mark S. Kenney, U.S. Trustee
    Neil Glassman, Esquire
    Elio Battista, Jr., Esquire
    Mark J. Packel, Esquire
    Ian Connor Bifferato, Esquire
    (all by first class mail)